IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC VERNARDO ODOM-DAVIS, ) <br> AIS: 00144863, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF ALABAMA, ) <br> ) <br> Respondent. ) | CIV. A. NO. 23-0257-JB-MU |

## REPORT AND RECOMMENDATION

Petitioner Eric Vernardo Odom-Davis, proceeding *pro se*, filed a pleading in the Eleventh Circuit Court of Appeals on July 3, 2023, which this Court has interpreted as a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The petition was transferred to this Court on July 11, 2023, and has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and General Local Rule 72(a)(2)(R) for appropriate action. Because Petitioner has neither paid the filing fee nor filed an amended petition on this Court's form as ordered by the Court, and therefore, has not complied with the Court's Order dated July 17, 2023, it is recommended that this action be dismissed without prejudice.

Because Petitioner did not pay the required $5.00 filing fee or file a motion to proceed without the prepayment of fees at the time he filed his petition, he was ordered to pay the required $5.00 filing fee or to file a motion to proceed without prepayment of fees by August 16, 2023. (Doc. 2 at p. 1). Also, because the pleading (Doc. 1) filed by Petitioner was not on this Court's form for a petition under 28 U.S.C. § 2254, as required by Local Rule 9(b) and Rule 2(c) of the Federal Rules Governing Section 2254

Cases, Petitioner was ordered to complete and file this Court's form for a § 2254 petition on or before August 16, 2023. (Doc. 2 at pp. 1-2). Petitioner was advised that failure to comply with the Court's Order and pay the filing fee and his § 2254 petition on this Court's form on or before August 16, 2023, would result in his action being referred to the Magistrate Judge for dismissal without prejudice for failure to prosecute. (*Id.* at p. 2). Petitioner has not paid his $5.00 filing fee or his petition on this Court's form as ordered.

Because Petitioner has failed to comply with the Court's order to pay the filing fee and his petition on this Court's form, and upon consideration of the alternatives that are available to the Court, it is **RECOMMENDED** that this action be dismissed without prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, as no other lesser sanction will suffice. *Link v. Wabash R. R.*, 370 U.S. 626, 630 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss *sua sponte* an action for lack of prosecution).

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); S.D. Ala. Gen. LR 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order

based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."  11th Cir. R. 3-1.  To be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

       **DONE** this **22nd** day of **September, 2023**.

                      /s/ P. Bradley Murray
                      **UNITED STATES MAGISTRATE JUDGE**