IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC VERNARDO ODOM-DAVIS, <br> AIS: 00144863, <br><br> Petitioner, <br><br> v. <br><br> THE STATE OF ALABAMA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIV. A. NO. 23-0257-JB-MU <br> ) <br> ) <br> ) <br> ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE