IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIC VERNARDO ODOM-DAVIS, AIS: 00144863, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIV. A. NO. 23-0257-JB-MU |
| THE STATE OF ALABAMA, | ) ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED without prejudice**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 6th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE